JESSICA DE MARRAIS, Respondent, v. NATALIE KRAMER, Defendant, and WILLIAM A. DE MARRAIS, Appellant.— No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

DORAN LUMBER CORP. et al., Appellants, v. JAMES TALCOTT, INC., Respondent.— No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.